UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| HEIDI REEF, | |
|       Plaintiff, | |
|       v. | CAUSE NO.: 4:19-CV-21-TLS |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | |
|       Defendant. | |

## OPINION AND ORDER

This matter is before the Court on the Plaintiff's Motion for an Award of Attorney Fees Under 42 USC 406(b) [ECF No. 20], filed on April 7, 2021, moving this Court for an Order awarding attorney's fees pursuant to 42 U.S.C. § 406(b). The Defendant has filed a Response to Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) [ECF No. 21] indicating that it neither supports nor opposes the Plaintiff's Motion. For the reasons stated below, the Plaintiff's Motion is GRANTED.

## BACKGROUND

On June 8, 2015, the Plaintiff filed an application for disability insurance benefits, alleging disability beginning on April 13, 2015. Apr. 3, 2020 Op. & Order 1, ECF No. 16. The Social Security Administration initially denied the Plaintiff's applications, and again on reconsideration. *Id.* An ALJ also denied the Plaintiff's application, finding she was not disabled. *Id.*

On March 8, 2019, the Plaintiff filed a Complaint [ECF No. 1] in which she sought reversal of the Commissioner's final decision. On April 3, 2020, the Court reversed and remanded this case for further proceedings. Apr. 3, 2020 Op. & Order. Ultimately, the Social Security Administration

issued a Notice of Change in Benefits [ECF No. 20-3] in which it stated that the Plaintiff is entitled to past-due benefits in the amount of $53,187.50 and awarded $6,000 in attorney fees under 42 U.S.C. § 406(a). *See* Notice 1, ECF No. 20-3.

The Plaintiff filed a Motion for an Award of Attorney Fees Under 42 USC 406(b) [ECF No. 20] on April 7, 2021, requesting the Court to award the Plaintiff's counsel $7,296.87 in § 406(b) attorney's fees. Pl.'s Mot. 1, ECF No. 20. When added to the $6,000 counsel has already been paid by the Social Security Administration under § 406(a), this would amount to an attorney's fee award of $13,296.87. *Id.* at 3. This amount is based on the retainer agreement between the Plaintiff and her attorney. *See* Social Security Disability and/or SSI Contingent Fee Agreement 1, 4, ECF No. 20–2. The Court previously awarded counsel $4,500 in attorney's fees pursuant to the Equal Access to Justice Act (EAJA), *see* May 6, 2020 Op. & Order, ECF No. 19, and counsel indicates that she will return the EAJA fees if the § 406(b) Motion is granted, *see* Pl.'s Mot. 4; *see also Teachworth v. Saul*, No. 3:17-CV-275, 2020 WL 1812393, at *1 (N.D. Ind. Apr. 9, 2020) ("Counsel cannot recover fees under both the EAJA and § 406(b), though, so they must either refund the EAJA award or subtract that amount from the § 406(b) request." (citing *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002))).

**ANALYSIS**

The Plaintiff's counsel requests $7,296.87 in attorney's fees pursuant to 42 U.S.C § 406(b). "The Social Security Act allows for a reasonable fee to be awarded both for representation at the administrative level, *see* 42 U.S.C. § 406(a), as well as representation before the Court, *see* 42 U.S.C § 406(b)." *Hoover v. Saul*, No. 1:16-CV-427, 2019 WL 3283047, at *1 (N.D. Ind. July 22, 2019) (citing *Culbertson v. Berryhill*, 139 S. Ct. 517, 520 (2019)). "Under § 406(b), the Court may award a reasonable fee to the attorney who has successfully represented the claimant in federal

2

court, not to exceed twenty-five percent of the past-due benefits to which the social security claimant is entitled." *Id.* (citing 42 U.S.C. § 406(b)(1)(A); *Gisbrecht*, 535 U.S. at 792). "The reasonableness analysis considers the 'character of the representation and the results achieved.'" *Id.* at *2 (citing *Gisbrecht*, 535 U.S. at 808). Reasons to reduce an award include an attorney's unjustifiable delay or if the past-due benefits are large in comparison to the amount of time an attorney has spent on a case. *Gisbrecht*, 535 U.S. at 808. Likewise, "an award of EAJA fees under [28 U.S.C. § 2412] offsets an award under § 406(b)." *Hoover*, 2019 WL 3283047, at *1 (citing *Gisbrecht*, 535 U.S. at 796); *see also Teachworth*, 2020 WL 1812393, at *1 ("Counsel cannot recover fees under both the EAJA and § 406(b), though, so they must either refund the EAJA award or subtract that amount from the § 406(b) request." (citing *Gisbrecht*, 535 U.S. at 796)).

In this case, the requested amount in attorney's fees is less than the maximum amount provided by the contingency agreement. Social Security Disability and/or SSI Contingent Fee Agreement 1, 4. The Plaintiff's counsel represents that 23.6 attorney hours were spent in federal court on this case, which results in an effective hourly rate of $309. *See* Pl.'s Mot. 3. Such an hourly rate is reasonable given the contingent nature of this case. *See Kirby v. Berryhill*, No. 14-CV-5936, 2017 WL 5891059, at *1–2 (N.D. Ill. Nov. 29, 2017) (awarding attorney's fees with an hourly rate of $1,612.28 and citing cases supporting the court's holding); *Heise v. Colvin*, No. 14-CV-739, 2016 WL 7266741, at *2 (W.D. Wis. Dec. 15, 2016) ("This results in an effective hourly rate of just over $1,100, appropriately high to reflect the risk of non-recovery in social security cases . . . ."); *see also Zenner v. Saul*, 4:16-CV-51, 2020 WL 1698856, at *2 (N.D. Ind. Apr. 8, 2020) (awarding attorney's fees with an hourly rate of $1,167.28); *Koester v. Astrue*, 482 F. Supp 2d 1078, 1083 (E.D. Wis. 2007) (collecting cases showing that district courts have awarded attorney's fees with hourly rates ranging from $400 to $1,500).

## CONCLUSION

For the reasons stated above, the Court GRANTS the Plaintiff's Motion for an Award of Attorney Fees Under 42 USC. 406(b) [ECF No. 20] and AWARDS attorney's fees under 42 U.S.C. § 406(b) in the amount of $7,296.87. The Court ORDERS the Plaintiff's attorney to refund to the Plaintiff the $4,500 in EAJA fees previously awarded in this case.

SO ORDERED on May 14, 2021.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT